UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| PRINSEZ TEEL, )<br>)<br>        Plaintiff, )<br>)<br>  v. )<br>)<br>KILOLO KIJAKAZI, Acting Commissioner of )<br>Social Security, )<br>        Defendant. ) | **JUDGMENT IN A CIVIL CASE**<br><br>**CASE NO. 4:20-CV-119-D** |

**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court adopts the conclusions in the M&R [D.E. 23]. The court GRANTS plaintiff's motion for judgment on the pleadings [D.E. 18], DENIES defendant's motion for judgment on the pleadings [D.E. 20], and REMANDS the action to the Commissioner.

**This Judgment Filed and Entered on November 3, 2021, and Copies To:**
David A. Jones        (via CM/ECF electronic notification)
Lisa M. Rayo        (via CM/ECF electronic notification)

DATE:        PETER A. MOORE, JR., CLERK
November 3, 2021        (By) /s/ Nicole Sellers
        Deputy Clerk